This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ALBERT PADILLA**

    Plaintiff-Appellee,

**v.**                                        **No. 33,447**

**VANESSA PADILLA,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Charles Cruse Currier, District Judge**

Barbara A. Patterson Law Firm, P.C.
Barbara Ann Patterson
Roswell, NM

for Appellee

Cusack, Jaramillo & Associates, P.C.
Timothy J. Cusack
Roswell, NM

for Appellant

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}    Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.  **AFFIRMED.**

{2}    **IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Chief Judge**

_____
**TIMOTHY L. GARCIA, Judge**